IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON LEE ROMERO,<br><br>Defendant. | Case No. CR 24-10-GF-BMM<br><br>ORDER VACATING DETENTION HEARING |

Defendant Brandon Lee Romero, having filed a Motion to Vacate Detention Hearing, there being no objection from the Government;

IT IS HEREBY ORDERED that the Detention Hearing, presently scheduled for Friday, April 19, 2024, beginning at 11:00 a.m., is VACATED;

IT IS FURTHER HEREBY ORDERED that the Detention Hearing shall be reset upon motion of Mr. Romero.

DATED this 18th day of April, 2024.

_____
John Johnston
United States Magistrate Judge